# Order

Michigan Supreme Court
Lansing, Michigan

January 29, 2014

147758

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHIGAN COALITION OF STATE
EMPLOYEE UNIONS, INTERNATIONAL
UNION UAW AND LOCAL 6000,
MICHIGAN CORRECTIONS
ORGANIZATION/SEIU, MICHIGAN
PUBLIC EMPLOYEES/SEIU LOCAL
517M, MICHIGAN STATE EMPLOYEES
ASSOCIATION, AFSCME LOCAL 5,
MICHIGAN AFSCME COUNCIL 25,
ANTHONY MCNEILL, RAY HOLMAN,
ANDREW POTTER, ED CLEMENTS,
AMY LIPSET, WILLIAM RUHF,
KENNETH MOORE, RUSSELL WATERS,
MARK MOZDZEN, and KATHLEEN WINE/
ALL OTHERS SIMILARLY SITUATED,
    Plaintiffs-Appellees,

v

STATE OF MICHIGAN, STATE
EMPLOYEES' RETIREMENT SYSTEM,
STATE EMPLOYEES' RETIREMENT
SYSTEM BOARD, DEPARTMENT OF
TECHNOLOGY MANAGEMENT AND
BUDGET, DEPARTMENT/DIRECTOR OF
TECHNOLOGY MANAGEMENT AND
BUDGET, DIRECTOR OF RETIREMENT
SERVICES OFFICE, and STATE
TREASURER,
    Defendants-Appellants.

SC:  147758
COA:  314048
Court of Claims:  12-000017-MM

_____/

   On order of the Court, the application for leave to appeal the August 13, 2013 judgment of the Court of Appeals is considered, and it is GRANTED.  The parties shall include among the issues to be briefed whether 2011 PA 264 is unconstitutional, in whole or in part, in violation of Const 1963, art 11, § 5.

We direct the Clerk to schedule the oral argument in this case for the same future session of this Court when it will hear oral argument in *UAW v Green* (Docket No. 147700).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



Clerk

h0122